IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00699-BNB

LUIE REAVES, JR.,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Luie Reaves, Jr., is a prisoner in the custody of the Colorado Department of Corrections.  Mr. Reaves initiated this action by filing *pro se* a letter (ECF No. 1) alleging that he is being denied adequate medical treatment and access to legal materials.  The instant action was commenced and, on March 6, 2014, Magistrate Judge Boyd N. Boland entered an order directing Mr. Reaves to cure certain deficiencies if he wished to pursue any claims in this action.  Specifically, Magistrate Judge Boland ordered Mr. Reaves to file a Prisoner Complaint and either to pay filing and administrative fees totaling $400.00 or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a certified copy of his inmate trust fund account statement and an authorization to calculate and disburse filing fee payments.  Mr. Reaves was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Reaves has failed to cure the deficiencies within the time allowed and has failed to respond in any way to Magistrate Judge Boland's March 6 order.  Therefore,

the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Reaves failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   14th   day of      April           , 2014.

BY THE COURT:


   s/Lewis T. Babcock                  
LEWIS T. BABCOCK, Senior Judge
United States District Court